**Motion Granted; Appeal Dismissed and Memorandum Majority and Dissenting Opinions filed August 12, 2021.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00399-CV

## IVAN  PEREZ, Appellant

## V.

## CITY OF HOUSTON, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2019-70048**

## MAJORITY MEMORANDUM  OPINION

This is an appeal from an order signed February 20, 2020. On June 8, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Spain. (Spain, J. dissenting).